FILED
U.S. District Court
District of Kansas

OCT 0 3 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Earnestine Evans, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number  6:17-cv-1250-EFM-KGG |
| ) | |
| United Services Automobile Association, ) | |
| ) | COMPLAINT, PRAYER FOR RELIEF, AND |
| ) | DEMAND FOR JURY TRIAL |
| Defendant. ) | |
| ) | |

## COMPLAINT

COMES NOW, Mrs. Earnestine Evans, Plaintiff in this action, alleging as follows:

1. That this Court may exercise jurisdiction over this matter pursuant to 28 U.S.C. 1332

2. That Mrs. Evans is a citizen and resident of the State of Kansas with permanent residence in Wichita

3. That Defendant is a national automobile reciprocal inter-insurance exchange and integrated financial services association registered under the laws of the State of Texas, with principal offices in the city of San Antonio, offering automobile insurance and other products throughout the United States to its members

4. That Defendant's association includes Mrs. Patricia L. Benjamin as a member

5. That Defendant bears legal liability to pay claims for damages caused by Mrs. Benjamin

6. That on Sunday, July 16, 2017 in Wichita, Kansas, Mrs. Benjamin caused injury to Mrs. Evans' head, shoulder, back, and eye by crashing her vehicle into the driver's door of the vehicle where Mrs. Evans rode; by forcing the vehicle to hit directly head on to a wood light pole; and by the resulting collision forcing Mrs. Evans to forcefully hit her head on the front passengers seat

7. That Mrs. Benjamin immediately acknowledged sole responsibility to Mrs. Evans, accepting total fault for the collision and the ensuing injuries to Mrs. Evans' head, shoulder, back and eye
8. That Mrs. Benjamin immediately acknowledged sole responsibility to Officer Nixon of the Wichita Police Department, accepting total fault for the collision and the ensuing injuries to Mrs. Evans' head, shoulder, back, and eye
9. That Mrs. Evans was transported to Via Chrisi Health Center for injuries to her head, shoulder back, and eye and for symptoms of disorientation and impairment
10. That paramedics at the scene of the collision were concerned about the collision's impact on Mrs. Evans in light of her prior brain injury and surgery
11. That medical physicians and other medical personnel in the emergency room at Via Christi Health confirmed Mrs. Evans' head, shoulder, back, and eye injuries and ruled that internal and structural brain injuries included , at least, a concussive brain injury
12. That the medical physician at a federally qualified community health center confirmed Mrs. Evans' injuries on Wednesday, August 9, 2017
13. That the medical physician diagnosed Mrs. Evans' condition to continue until an indefinite time in the future
14. That Mrs. Evans' injuries still remain as of Tuesday, October 3, 2017
15. That Mrs. Evans has incurred and continues to incur substantial medical costs
16. That the collision has significantly worsened Mrs. Evans' state from a previous brain injury; significantly increased Mrs. Evans' exposure to further injury; and significantly increased the likelihood of causing more extreme financial hardship due to medical coats, including surgery
17. That Mrs. Evans is unable to receive proper medical treatment from appropriate neurological medical care due to the lack of health insurance coverage
18. That Mrs. Evans continues to suffer from spontaneous mental disorientation and blurred vision
19. That Mrs. Evans' injuries have prevented her from resuming her normal lifestyle activities, including gainful employment as a licensed health care provider

20. That Defendant has failed to compensate Mrs. Evans for her injuries, substantial incurred costs, and present circumstance.

## PRAYER FOR RELIEF

WHEREFORE, Mrs. Evans prays for compensatory and punitive damages for bodily injury, pain and suffering, lost wages, and for such further relief the Court finds just and equitable in an amount determined at trial.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Mrs. Evans demands trial by jury in this action in all issues so triable.

Date: 10/3/2017

Earnestine Evans
704 Apache Dr.
Wichita, Kansas 67207
(316)871-4267

Place of Trial Wichita, Kansas